United States District Court
Southern District of Texas
**ENTERED**
September 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTEGRATED PIPE & SUPPLY, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:23-cv-02006 |
| CRITICAL PATH RESOURCES, INC., | § § § | |
| *Defendant*. | § § | |

## MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This action pertains to claims against a settlement fund established to resolve a case in state court.[1] Pending before the Court are two motions. The United States, on behalf of the Internal Revenue Service, filed a motion for summary judgment to determine the lien priorities of all claims against the settlement fund. ECF No. 38. When no claimants or parties responded, the United States filed a notice of no opposition. ECF No. 39 (citing LR 7.3, 7.4). Buzbee Law Firm then filed a motion to disburse its partial claim to 20% of the gross settlement funds plus $12,387.10 in litigation expenses. ECF No. 40. Once again, nobody timely opposed, so Buzbee Law Firm filed another notice of no opposition. ECF No. 41. Because no claimants or parties timely responded to either motion, the Court ordered all parties and

---

[1] On July 8, 2024, the assigned district judge referred this case for all pretrial matters pursuant to 28 U.S.C. § 636(b)(1). Order, ECF No. 42.

1

claimants who have appeared to confer and file an agreed proposed order resolving both pending motions. ECF No. 43. The parties complied and filed a proposed agreed order, ECF No. 44-1, and advised in their status report, ECF No. 44, that once this order is entered, all remaining issues in this case will be resolved.

Upon review of the briefing, the Court recommends that the proposed order, ECF No. 44-1, be entered and both the motion for summary judgment, ECF No. 38, and the motion to disburse, ECF No. 40 be **GRANTED**.

**The Parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). Failure to file timely objections will preclude review of factual findings or legal conclusions, except for plain error.** *Quinn v. Guerrero*, 863 F.3d 353, 358 (5th Cir. 2017).

Signed on September 11, 2024, at Houston, Texas.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**