United States District Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **INTEGRATED PIPE & SUPPLY, LLC,** § § | |
| *Plaintiff*, § § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-02006** |
| § | |
| **CRITICAL PATH RESOURCES, INC.,** *et al.*, § § § | |
| § | |
| *Defendants*. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Motion for Summary Judgment, ECF No. 38, filed by the United States on behalf of the Internal Revenue Service, and the Partial Claim for Deposited Settlement Funds and Motion to Disburse, ECF No. 40, filed by Buzbee Law Firm. On September 12, 2024, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation in this case, recommending that both the Motion for Summary Judgment and Motion to Disburse be granted. ECF No. 45. Magistrate Judge Palermo also recommended that the parties' proposed agreed order directing disbursement, ECF No. 44-1, be entered. The deadline for filing objections to the Report and Recommendation passed on September 26, 2024, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, the United States' Motion for Summary Judgment is **GRANTED**. Buzbee Law Firm's Partial Claim and Motion to Disburse is **GRANTED**. The Court will enter the agreed order.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st day of October, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE